# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHERMAN SEVIDAL,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., *et al.*,

    Defendants.

Case No. 2:10-CV-01810-KJD-LRL

**ORDER**

    Court mail addressed to Plaintiff has been returned as undeliverable. Accordingly, the Court dismisses the complaint against Defendants without prejudice in accordance with Local Special Rule 2-2 for Plaintiff's failure to update his current address.

**IT IS SO ORDERED.**

    DATED this 29th day of October 2010.

_____
Kent J. Dawson
United States District Judge